UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33035 |
| EARL J VANDALE | (Chapter 13) |
| JUDY A VANDALE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 47 | MERCY MEDICAL CENTER<br>BOX 951300<br>CLEVELAND, OH  44193 | 7.77 |
| 6/ 79 | MERCY MEDICAL CENTER<br>BOX 951300<br>CLEVELAND, OH  44193 | 18.17 |

/s/ Jeffrey M. Kellner
_____

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/26/2010

Certificate of Service                     08-33035

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.


OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| EARL J VANDALE | JEFFREY P ALBERT | (84.1n) |
| JUDY A VANDALE | 4403 N MAIN ST | JEFFERSON CAPITAL SYSTEMS LLC |
| 4855 NEBRASKA AVENUE | DAYTON, OH  45405 | BOX 7999 |
| DAYTON, OH  45424 | | SAINT CLOUD, MN  56302 |
| | | |
| (47.1) | (83.1n) | (77.1n) |
| MERCY MEDICAL CENTER | PRA RECEIVABLES MANAGEMENT LLC | RECOVERY MANAGEM SYS CORP |
| BOX 951300 | AGENT OF PORTFOLIO RECOVERY | 25 SE 2ND AVE |
| CLEVELAND, OH  44193 | BOX 41067 | STE 1120 |
| | NORFOLK, VA  23541 | MIAMI, FL  33131 |

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner _____          sv