UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33035 |
|---|---|
| EARL J VANDALE | (Chapter 13) |
| JUDY A VANDALE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 38 | IEIFS<br>BOX 5818<br>DENVER, CO  80217 | 10.14 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service                08-33035

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| EARL J VANDALE<br>JUDY A VANDALE<br>4855 NEBRASKA AVENUE<br>DAYTON, OH 45424 | JEFFREY P ALBERT<br>4403 N MAIN ST<br>DAYTON, OH 45405 | (38.3)<br>IEI FINANCIAL SERVICES<br>BOX 42788<br>INDIANAPOLIS, IN 46242 |
| (38.1)<br>IEIFS<br>BOX 5818<br>DENVER, CO 80217 | (84.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN 56302 | (38.4)<br>LEI FINANCIAL SERVICES LLC<br>BOX 42788<br>INDIANAPOLIS, IN 46242 |
| (83.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA 23541 | (77.1n)<br>RECOVERY MANAGEM SYS CORP<br>25 SE 2ND AVE<br>STE 1120<br>MIAMI, FL 33131 | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv